No. 44746.—Petition 6026–R of Karl Guggenheim, Inc. (New York).

Opinion by CLINE, J. On the evidence presented it was found that there was no intention to misrepresent the facts or to defraud the revenue of the United States. The petition was therefore granted.

No. 44747.—Petition 5791–R of Sabine Transportation Co., Inc. (Galveston).

Opinion by CLINE, J. On the evidence presented it was found that there was no intention to misrepresent the facts or to defraud the revenue of the United States. The petition was therefore granted.

BEFORE THE FIRST DIVISION, NOVEMBER 18, 1940

No. 44748.—Protest 610563–G of Finkelstein & Sons (New York).

Opinion by BROWN, J. It was stipulated that the merchandise consists of wool hoods similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 18, 1940

No. 44749.—Protests 49500–G, etc., of A. Daoud, Inc., et al. (New York).

Opinion by TILSON, J. The record established that the merchandise consists of Venice lace similar to that the subject of *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217). The claim at 75 percent under paragraph 1430 was therefore sustained.